

FILED
JUL 21 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>REGINALD G. GRIMMETT,<br><br>    Debtor(s).<br>_____<br>GARY R. FARRAR, Trustee,<br><br>    Plaintiff(s),<br>v.<br>REGINALD D. GRIMMETT,<br><br>    Defendant(s).<br>_____ | Case No. 07-25346-C-7<br><br>Adversary No. 07-2380 |

**MEMORANDUM DECISION ON REQUEST FOR DEFAULT JUDGMENT**

Defendant's default was entered on July 1, 2008, and the matter is now before the court on the question of whether to enter default judgment in this adversary proceeding seeking to deny discharge. Even though the pro se defendant has defaulted, the court has given him an opportunity to defend himself. Defendant explained that the lawyer he relied on to assist him in the filing of his bankruptcy case misled him.



1      There are two significant problems to be dealt with here.
2  First, a deed of trust was transferred on real property owned by
3  the debtor three minutes before the bankruptcy case was filed.
4  Second, the debtor transferred his professional practice for
5  $20,000.  These transfers were both made close in proximity of
6  time.  Accepting well-pleaded facts as true, the record
7  establishes that the debtor had intended either to hinder or
8  delay other creditors and the trustee.

9      This is sufficient to deny discharge under 11 U.S.C.
10 § 727(a)(2).  The record does not establish that the debtor acted
11 in a manner that was intentionally fraudulent for purposes of 11
12 U.S.C. § 727(a)(4).

13     Therefore, the motion will be granted, and the discharge
14 denied pursuant to § 727(a)(2) only.  All other relief will be
15 denied.

16     An appropriate judgment will issue.

17     Dated:   July 21, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Reginald D. Grimmett
7571 Karlsberg Cir
Stockton, CA 95207

Abram S. Feuerstein
20 N Sutter St 4th Fl
Stockton, CA 95202

Dated: 7/22/08

_____
DEPUTY CLERK